PS 8
(Rev. 1/19)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Jenny Sullivan                                                                                          Docket No.:   2:23-CR-00200-MCS-10

**Petition for Action on Conditions of Pretrial Release (Warrant Request)**

　　　　COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jenny Sullivan</u>, who was placed under pretrial release supervision by the Honorable <u>PATRICIA DONAHUE</u>, sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>23th</u> day of <u>May</u>, <u>2023</u>, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Jenny Sullivan before the United States District Court at Los Angeles, California, to show cause why her bond should not be revoked.

ORDER OF COURT

Considered and ordered this <u>7th</u> day of <u>January</u>, 20<u>25</u> and ordered filed and made a part of the records in the above case.

*/s/ Mark C. Scarsi*

United States District Judge
HONORABLE MARK C. SCARSI

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on January 2, 2025

*/s/ Daniel Casas-Mora*

DANIEL CASAS-MORA
U.S. Probation & Pretrial Services Officer
Place:   Los Angeles, California

U.S.A.   VS   Jenny Sullivan
Docket No   2:23-CR-00200-MCS

---

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. Having been ordered by the Court to not commit a Federal, state, or local crime during the period of release, on or about December 26, 2024, Jenny Sullivan committed Second-Degree Assault, in violation of Colorado Statue Section 18-3-203(1)(f), as evidenced by the Wheat Ridge Police Department Report Number: 001-004.

2. Having been ordered by the Court to not commit a Federal, state, or local crime during the period of release, on or about December 26, 2024, Jenny Sullivan, committed Obstruction of a Peace Officer, in violation of Colorado Statue Section 18-8-104(1)(a), as evidenced by Wheat Ridge Police Department Report Number: 001-004.

3. Having been ordered by the Court to not commit a Federal, state or local crime during the period of release, on or about December 26, 2024, Jenny Sullivan, committed a violation of Colorado Statue Section 42-4-1301(1)(a): DUI: Driving Under the Influence, as evidenced by Wheat Ridge Police Department Report Number: 001-004.

4. Having been ordered by the Court to not commit a Federal, state or local crime during the period of release, on or about December 26, 2024, Jenny Sullivan, committed reckless driving, in violation of Colorado Statue Section 42-4-1401; as evidenced by Wheat Ridge Police Department Report Number: 001-004.

5. Having been ordered by the Court to not commit a Federal, state or local crime during the period of release, on or about December 26, 2024, Jenny Sullivan, failed to provide proof of insurance in violation of Colorado Statue Section 42-4-1409(2); as evidenced by Wheat Ridge Police Department Report Number: 001-004.

6. Having been ordered by the Court to not use of possess illegal substances including state-authorized marijuana, on or about December 26, 2024, Jenny Sullivan, possessed a pre-rolled marijuana joint as well as a THC pen as evidenced by Wheat Ridge Police Department Report Number: 001-004.